# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN CHUBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 4512 |
| | ) |
| SHERIFF TOM DART, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

This Court has received a notice of motion tendered by court-appointed counsel Ted Donner ("Donner") for plaintiff Gwendolyn Chubb ("Chubb"), under which Donner seeks leave to withdraw as counsel for Chubb pursuant to this District Court's LR 83.38. Donner's stated premises for seeking withdrawal are "both incompatibility and substantial disagreement as to litigation strategy."

This Court expresses no views on those matters, for its consistent policy has always been to respect the privilege that ordinarily applies to lawyer-client relationships -- it has had occasion in the past to refer to the types of disagreement asserted in Donner's motion as the essential equivalent of no-fault divorce. But the recitals that Donner goes on to advance in his motion, particularly including Chubb's failure to respond to his e-mails and calls and her non-appearance at a scheduled status conference before Magistrate Judge Cox, appear to necessitate Chubb's personal appearance on the scheduled presentment date of the motion -- tomorrow, November 25.

Accordingly this Court orders Chubb's in-court appearance at 9:15 a.m. tomorrow morning. If this short notice is impossible for Chubb to comply with, she is ordered to call Donner immediately to spare him the need to come to court needlessly. As for the other side of this lawsuit, this court excuses the appearance of both defense counsel on condition that one of them must be available for telephonic participation if both Donner and Chubb will in fact be coming to court in person.

                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  November 24, 2014